

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 30, 2015

<u>By Federal Express and ECF</u>

Adam D. Perlmutter, Esq.
Daniel A. McGuinness, Esq.
260 Madison Avenue, Suite 1800
New York, New York 10016

Peter E. Quijano, Esq.
Anna N. Sideris, Esq.
Quijano & Ennis, P.C.
40 Fulton Street, 23rd Floor
New York, New York 10038

Albert Dayan, Esq.
8002 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415

Lee A. Ginsberg, Esq.
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038

Re:  United States v. Abdurasul Juraboev, et al.
      <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case. The enclosed discovery is being produced pursuant to the Stipulations and Protective Orders entered by the Court with respect to each defendant. Enclosed are discs containing: (1) recordings of conversations, text messages, and emails involving the defendants, as well as English-language summaries and/or verbatim translations of those communications; (2) search warrant affidavits; and (3) surveillance logs. Any additional discovery will be

2

provided to you as it becomes available.  The government hereby also requests reciprocal discovery.  If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        ROBERT L. CAPERS
        Acting United States Attorney

By:   /s/ Peter W. Baldwin
        Peter W. Baldwin
        Alexander A. Solomon
        Douglas M. Pravda
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)