

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 22, 2017

<u>By Hand Delivery and ECF</u>

| | | |
|---|---|---|
| Elizabeth E. Macedonio, Esq. | Kelley J. Sharkey, Esq. | Todd M. Neuhaus, Esq. |
| 40 Fulton Street, 23rd Floor | 26 Court Street, Suite 2805 | 431 Grand Street, Ste 5C |
| New York, New York 10038 | Brooklyn, New York 11242 | Brooklyn, New York 11211 |

   Re: <u>United States v. Dilkhayot Kasimov
      Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

   This letter memorializes the government's production on May 19, 2017, of supplemental discovery with respect to the above-referenced case, which was produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the Stipulations and Protective Orders entered by the Court with respect to each defendant.

   On May 19, 2017, the government provided a hard drive containing a forensic copy of an LG G Flex cellular telephone and SIM card seized from the defendant.

   The government hereby requests reciprocal discovery. If you have any questions, please do not hesitate to contact me.

            Very truly yours,

            BRIDGET M. ROHDE
            Acting United States Attorney

      By: <u>/s/ Douglas M. Pravda</u>
         Douglas M. Pravda
         Assistant U.S. Attorneys
         (718) 254-7000

Enclosures
cc: Clerk of the Court (WFK) (by ECF) (without enclosures)