UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

DILKHAYOT KASIMOV,

           Defendant.
---------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 25 2019 ★

BROOKLYN OFFICE

**SCHEDULING ORDER**
15-CR-95 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

After the jury rendered its unanimous verdict, defense counsel asked the Court for additional time to file motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. The Court granted their request and set the following briefing schedule regarding post-trial motions:

(1) Defense counsel shall file any post-trial motions on or before Friday, October 25, 2019;

(2) The Government shall serve its response on or before Friday, November 22, 2019; and

(3) Defense counsel shall file a reply, if any, on or before Friday, December 13, 2019.

           **SO ORDERED.**

           s/WFK

           HON. WILLIAM F. KUNTZ, II
           UNITED STATES DISTRICT COURT

Dated: September 24, 2019
      Brooklyn, New York