UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

DILKHAYOT KASIMOV,

              Defendant.

------------------------------------------------------------------X

**COURT EXHIBIT 3A**
**VERDICT SHEET**
15-CR-95 (WFK)

WE, the jury in the above-captioned case, hereby unanimously render the following verdict:

**COUNT ONE**: CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION:

_____NOT GUILTY            ✓\_\_\_GUILTY

**COUNT TWO**: ATTEMPT TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION:

_____NOT GUILTY            ✓\_\_\_GUILTY

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

JURY FOREPERSON NUMBER: __7__

DATE: _September 24th, 2019._