UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

DILKHAYOT KASIMOV,

Defendant.
------------------------------------------------------X

**SCHEDULING ORDER**
15-CR-95-4 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a sentencing hearing for Friday, June 3, 2022 at 10:00 A.M.

The Defendant, Dilkhayot Kasimov, shall file his sentencing submission on or before May 5, 2022. The Government shall file its sentencing submission on or before May 19, 2022.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 23, 2022
       Brooklyn, New York