

April 26, 2022

**Via ECF**

Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re: United States v. Dilkhayot Kasimov
                       15 Cr. 95 (WFK)

Dear Judge Kuntz:

     With the consent of the Government, I write to respectfully request that the Defendant be permitted to file his sentence submission by May 16, 2022. The current schedule allows for Mr. Kasimov to file his sentence submission by May 5, 2022. The Government is to respond by May 19, 2022. The sentence in this matter is scheduled for June 6, 2022.

     The within request is made as I am set to commence a trial before the Honorable Sidney H. Stein in the Southern District of New York on May 2, 2022. For this reason, I require additional time to complete Mr. Kasimov's submission. Counsel does not anticipate any further changes in the schedule set by the Court.

     I thank Your Honor for his consideration in this matter.

                                   Respectfully,

                                   *Elizabeth E. Macedonio*
                                   Elizabeth E. Macedonio
                                   *Attorney for the Defendant*
                                   *Dilkhayot Kasimov*

All Parties Via ECF