# LETTERS IN SUPPORT FROM FAMILY AND FRIENDS

KASIMOV Sh E.  (Father)

KASIMOV DILMUROD SHUKHRATOVICH (Brother)

IBRAGIMOV DONIYOR NIZAMOVICH (Uncle)

KASIMOV AZIZ YULDASHEVICH (Uncle)

KASIMOVA DONO (Sister in law)

KASIMOVA MAMURA (Sister in law)

NARGIZA URINBAEVNA IBRAGIMOVA (Aunt)

DALIEV ABDURAKHIM (Uncle)

KASIMOV YULDASH ERGASHEVICH  (Uncle)

KASIMOVA MARHABO ERGASHEVNA (Aunt)

MUKHAMEDJANOV ABDURASHID KHAMIDOVICH (Uncle)

YUNUSOVA NAZIMA NIZAMOVNA (Aunt)

KAYUMOV MAKHKAM JAMOLIDDDINOVICH (Friend and Schoolmate)

KASIMOV ELMUROD SHUKHRATOVICH (Younger Brother)

Kasimov Shuhrat Ergashevich

28, Bel-tepa 22, Tashkent, Uzbekistan

+ 998998306058, + 998712182277

May 13, 2022

About my son Dilkhayot Kasimov

Dear William Francis Kuntz,

I am Kasimov Shuhrat Ergashevich. In 1958 I was born in a family of professors in Tashkent. My bachelor's degree is from Tashkent State University of Economics and my profession is an economist. Currently I am retired. Dilkhayot is my youngest son. He has two brothers and a sister. As a parent we always tried to raise children with good moral values.

I was aware of Dilkayot going to America to study English and work simultaneously. We used to talk every day over the Skype. He often spoke about his work and future dreams. He was intended to collect some money and take me with his mother to a pilgrimage. Dilkhayot sent us many presents to make us happy. He was planning to open a company after his studies. Me and my wife raised our children by teaching them what is right and what is wrong. It is a major sin to lie in our religion. Dilkhayot knows it very well. I believe he chooses punishment for telling the truth over the lying and being a sinner. We were very confident that he proves his innocence at the court. After talking to him I never had doubts that my son may have any bad intentions, he was always good to others. From a young age, Dilkhayot is a pure hearted, hard-working child who rushes to help if someone needs it.

He was diagnosed with hepatitis A at the age of four, when my daughter was just born. So, his mom was not able to take care of him, instead his aunt stayed with him at the hospital. As a complication of his disease at a young age, he had a heavy bleeding nose and difficulty of breathing. Doctors told me that he needs a surgery otherwise he will have breathing problems. The surgery was postponed because Dilkhayot thought he would be recovered by the time he finishes his studies.

My father, Dilkhayot's grandfather, was a math teacher at school and had many students. One of his students Akmal was a professor at the Academy of State and Construction. Dilkhayot was Akmal's intern at the academy. He was very interested in mathematics and computers. He used to enjoy playing soccer with his brothers, and, he knew the importance of time. After graduating from the college, he worked at the television and radio company for some time and later he continued his job in the library of Turin Polytechnic University in Tashkent.

In 2008 Dilkhayot was admitted at Tashkent University of Information Technologies. He graduated from the university, college, and school with honors.

Honorable Judge, every parent wants their child to be happy, to achieve their dreams and live well, to have a place in life. We hope that you will thoroughly study the details of this case and draw a fair conclusion when you judge my son. No matter how strong our intention to attend the court, it is not possible. We all pray that this work will be completed soon and that my son will return to his homeland. I kindly ask you to ease the punishment that will be imposed on my son. When Dilkhayot comes back, I will do my best to help him find a place in life, join good people and make up for the lost life.

Dear William Francis Kuntz, thank you very much for taking the time to read my letter.

Kasimov Sh. E.

Kasimov Dilmurod Shukhratovich

28-22, Bel-Tepa, Tashkent, Uzbekistan

+998998881272  dilmurod_kasimov@mail.ru

March 25, 2020

About Dilkhayot Kasimov

Dear William F. Kuntz

I have known Dilkhayot Kasimov since he was born because I am his elder brother. We have four children in the family, me, Dilkhayot, my younger brother and then my little sister. We grew up in the same family, in the same house, that's why I know my brother's character very well. I currently work as a collector in the Tashkent city cash collection department (UzInKass). Although Dilkhayot was my brother, his worldview was like that of an adult. Dilkhayot helped me a lot to find a job in life, get married and now I have 4 children. Dilkhayot knew how to dress well and walk beautifully. He used to tell me that if you don't use money, you won't get money. My brother also taught me the business he was in and entrusted it to me. Dilkhayot was pure in heart, did not hate others, was kind to his parents and brothers, and was the most educated among us. He graduated with honors from schools, colleges and universities and earned the respect of his teachers. Due to his diligence and interest in computers and technology, he studied at the Academy of State and Public Construction under the President of the Republic of Uzbekistan, where he improved his computer skills and made friends and acquaintances. Due to his good computer skills, good manners and diligence, he was offered a job in a good organization, even though he had not yet graduated. He tried to earn money after studying to help his family. When I got married, my wife and I were students and I didn't work anywhere. My brother helped me and my wife to pay the contract so that we could study.

When I had a child, he loved my children very much and brought sweets and presents every day. In 2012 he went to the United States. In the United States, he intended to study English and further his professional development. We talked to him every day via Skype, telegram messengers. My brother used to send sweets, clothes and gifts to my parents, brothers and nephews by mail to make us happy and help us. Even when he is in prison and does not know how long he will be there, he always lives with good hopes and plans for the future. He keeps saying that if he get married, he will have children and start his own business.
 Always checking on nephews 'reading over the phone, and their grades at school. Children always emphasize the need to learn English. The little ones love Dilkhayot very much and always get tired of saying "I love you" in English to make him happy that we miss you when your uncle comes on the phone, come home. Dilkhayot always urges his nephews to do good, saying, "If you learn

English well, get good grades in school, do what your parents tell you, and become a good child, I will be back soon and bring you many gifts."

A developed country like the United States, where the technology is developed, there is a lot to say that there is still a lot to learn. Later, he intended to use what he had learned in the United States in Uzbekistan and employ 20-25 programmers. These days, whether it's doing good to people, being naive, or choosing a friend, it's all over. As I said above, my brother's family has gone through a lot of hardships all his life, especially when he said he would help me. And he is a young man who is always brave enough to go through hardships and draw the necessary conclusions from his mistakes. It is very hard for both us and him that we can no longer help him when he is in trouble. No matter how much we wanted to go to court, it was not possible.

If my brother returns to Uzbekistan, we will support him, help him to make up for lost life, get married and get a place in life as much as we can. There are a lot of friends and supporters here.

Distinguished Judge, I know that Dilkhayot also lost his life, and I ask you to take into account what I wrote in passing judgment, and to give my brother another chance to achieve his dreams. Thank you for taking the time to read my letter.

Kasimov Dilmurod Shukhratovich

Ibragimov Doniyor Nizamovich

Beshqayragoch 32A, Tashkent, Uzbekistan

+998974407414, +998712433386

April 3, 2020

About Dilkhayot Kasimov


Dear; William F.Kuntz

My name is Ibragimov Daniyor. I was born on July 29, 1964 in Tashkent in a working class family. I have graduated bachelor degree. I studied to be a specialist builder. I worked mainly as a specialist in the landscaping department.

Dilkhayot is my nephew, my sister's son, and I will be his uncle. I know Dilkhayot well from birth, he is a hard-working, smart, honest child who does not withhold help from people. I gave my son Davron to him as a student because he knew the computer well. Dilkhayot was trying to teach my son everything he knew. My son, who learned a lot from Dilkhayot, now runs his own business in the computer industry. Remembering the help my son gave Dilkhayot, he often says that this brother was best.

Dilkhayot and his brothers often came to visit us. He was a very talented boy who was aware of his studies. Dilkhayot was also involved in the construction of the wall in our house. We get together with relatives and help each other.

After graduating, he went to America with good intentions. We were talking on the phone, on the telegram, and I didn't notice any bad intentions in the words. Dilkhayot used to say to my son that when I he back from America he will teach him a lot and there is a lot to learn here. Unfortunately, in America it didn't work out, we don't know if it was because of his credibility or because someone was hostile. All I know is that Dilkhayot is not a child who harms anyone. If we had the opportunity to attend the court and go to America, we would definitely tell you our thoughts about it. Unfortunately, this was not possible.

Dear Judge, We, all the relatives, are looking forward to your verdict, which you will read to Dilkhayot, and we hope that you will give a fair verdict. When Dilkhayot comes back, we will support him as much as we can, we will not withhold our help.

Thank you for taking the time to read my letter to me.


                                                                                    Ibragimov Doniyor.

Kasimov Aziz Yuldashevich

11-88, Gulobod, Tashkent, Uzbekistan

+998935005008  kasimaziz87@yahoo.com

April 2, 2020

About Kasimov Dilkhayot

Dear William F. Kuntz

I am Aziz Kasimov, 33 years old. I am married and currently have 5 children. I am the youngest son of Kasimov Dilkhayot's uncle. Dilkhayot and I went to the same school. After graduating from high school, I studied at the Lyceum of World Languages. Then I was lucky enough to continue my studies in England. I studied IT at Cambridge College on Liverpool Street in London. I lived in the UK from 2004-2009. I am currently working as a specialist at "Toshkent Loyiha Ekspertiza" LLC.

Our youth was spent with Dilkhayot. The doors of our house were side by side, so we went out to play with each other every day. During our school years, Dilkhayot received excellent grades. We were all envious. He has repeatedly won inter-district and inter-school Olympiads in mathematics. From a young age, he had a passion for what he set out to do.

After graduating with honors, he was admitted to the University on his first attempt with his knowledge and strength. There, too, her teachers, noticing her interest and passion for learning, recommended Dilkhayot to higher organizations to work such as the Presidential Academy and the Turin Polytechnic Institute. When I came from England, I saw Dilkhayot's work and I was convinced that he was a master of his profession.

One day we had a long conversation with Dilkhayot. He spoke about his plans and goals. He said that he was interested in studying abroad and that he intended to go to the United States to study and improve his skills. When I asked him why he wanted to study in the United States, he said that the United States is the most developed country of the world and there are a lot of opportunities to learn IT and develop his skills. He then announced his intention to start a family after coming back from the United States. And I reassured her that, he would succeed.

I cannot describe my nephew Dilkhayot with the words. He had no bad habits. He did not smoke, drink and swear. He was always polite and humble to all the people around him. He spent all his free time reading books and working on himself. He is very kind and caring to her parents, brothers and sister. He loved young children, especially his nieces and nephews. Evil cannot be done by a loving person who

values his family, relatives, friends, and children. He does not wish harm to anyone.

If I could go to the United States, I would try to go to court. If I am lucky enough to be acquitted in court, I am ready to help in any way I can. Our work is also related to computers and everyone needs a person like Dilkhayot, who is an expert in his field. Luckily for me, I will definitely give him a job in my office when he returns. I will not spare my help for Dilkhayot as much as I can until I stand on my own two legs. I love Dilkhayot as much as my brother.

In short, Dilkhayot is a very good person. He is an exemplary citizen. If necessary, I am ready to give oral testimony for Dilkhayot in court. On behalf of my family, relatives and friends, I ask you to take into account the words of this letter when you judge our dear Dilkhayot. Thank you for taking the time to read this letter. You can contact me at +998935005008.

Sincerely, Aziz Kasimov.

Kasimova Dono

28, 22, Bel-Tepa, Tashkent, Uzbekistan

+998998311272  donokasimova89gmail.com

March 18, 2020

About Dilkhayot Kasimov


Dear William F Kuntz

I am Dono Kasimova. I am 31 years old and I work as an English teacher in a
kindergarten. The purpose of writing this letter is to describe Dilkhayot Kasimov,
my brother-in-law, who is like my brother. I have known them since I was married,
i.e. since 2008, and respectfully call him "brother". We lived in the same house for
4 years before moving to the USA in 2012. Over the years, I have known him only
as a person with good manners, kind, humorous, passionate among family, friends,
relatives, helping everyone. I have never heard him speaking loudly and rudely. He
always read and did their work on time. In addition to studying at the university
with excellent grades, he worked in other jobs in order to earn money for the
benefit of his family. He wes very active, always trying to work hard for himselves
and his family. He also helped me a lot in paying my tuition fee to study at the
university. When he received a monthly salary, he would give money to everyone
in the house saying "for your needs". He is the person who always put the needs of
others ahead of his own needs. He was especially fond of small children. He loves
young children very much. Despite being busy with his studies and work, he found
time to sit at home every day after work to play with the little ones and teach them
age-appropriate lessons, and he loved these activities. Because he studied computer
science, he always came up with great creative ideas using the internet and
contributed a lot to the intellectual development of children. That's why little ones
love my brother so much. We also teach our children to appreciate and always
respect their goodness because of the many help he has given them. Even after he
went to America, he could not live without their nephews. Every day, he chatted
with their nephews via video via skype and taught them English words and
American culture. He always sent clothes and other household items to his family
and told them to "eat like Americans and dress like Americans." We all remember
well that one day he sent clothes to all their nieces and nephews. All the t-shirts
had "I love my uncle" written on them. I am attaching a 2014 photo to this letter.
Every time our little ones wear these clothes or look at this picture we remember
my brother with tears in our eyes but a smile on our face. His goal was to study IT
in the United States, get a good job, and start a family and have a children. Brother
was a sincere person who loved his family and wished everyone well. Therefore,
he was loved and respected by all relatives and neighbors. I only remember and
know his good behavior and actions.

I want to say one more thing about my brother. As I said above, I teach English in kindergarten. Brother sent me a lot of materials after they went to America. I remember one day they even went to one of the kindergartens in America specifically for me and showed me around the whole kindergarten through face time and gave me various tips. When we talked on the phone, he used words from New York jargon, and joked, "I'll teach you real English, which isn't even written in our book." He was happy to live in New York, to learn English, to learn about American culture. He always promised to open an American kindergarten for me one day when he returned to Uzbekistan.

We all respect my brother's character, people who will always come out on top if he make a promise.

I don't know much about his work. The men in our family don't tell us everything so women don't get bored. I don't know how they got into this situation, but I can confidently testify to the humanity of that person who bravely goes through all the trials of life and draws the right conclusions from his mistakes.

On behalf of myself and my children, I ask you to take this into considiration when you judge my brother, the beloved uncle of my children.

Thank you for taking the time to read my letter.


Sincerely
Dono Kasimova.

Kasimova Mamura Abduvali kizi

22, 28, Bel-tepa, Tashkent, Uzbekistan

+998712182277

May 1, 2020

About Dilkhayot Kasimov


Honorable Judge William F. Kuntz

I came to this apartment in 2011 as a bride. Dilkhayot Kasimov is my husband's brother. I used to call him brother because they were older than me. My husband and I lived in the backyard with the family's grandparents. Dilkhayot lived in the house where his grandparents lived. We used to see each other often because we were a family. I have a positive opinion about him, they can be described as a polite and right person. He never treated me rudely and never looked for my guilt. As far as I know, he loves to make people happy by sharing gifts. We were given a refrigerator and a vacuum cleaner as a gift for our wedding. I still use it to remember him. When he went to America, he sent the presents to the whole family. He made me happy by giving me a video player as a gift to my family. We later had children. He said that he missed our children and wanted us to send them photos and videos. He sent us a lot of sweets, clothes and gifts for our children. Ever since my kids grew, I've been reminded that there's another uncle in America who's been handing out presents. Our children also love their uncle and ask him when they will come every time. In our telephone conversations, he exhorted their nieces and nephews to do what they have been asked from their parents. We want him to come to our family as soon as possible. I believe that he will be a good head of the family, a good father, a good spouse.

Dear Judge, I do not know much about the cases that have taken place in America. I can only describe him as a good person. I want you to believe it too and forgive him.


Sincerely, Kasimova Mamura.

Nargiza Urinbaevna Ibragimova

32A, Beshkayragach, Tashkent, Uzbekistan

+998712433386

April 5, 2020

About Dilkhayot Kasimov


Dear William F. Kuntz,

My name is Nargiza Ibragimova. I was born in Tashkent in a family of professors. Currently I am 47 years old. My studies were at nursing college and worked as a nurse at the 1st Children's Hospital. Currently I am a housewife.

My marriage with Dilkhayot's uncle was in 1991. So, I know Dilkhayot since he was three years old. He visited our house very often to see his grandmother. As children get older, it becomes clearer what their interested are. Dilkhayot was always eager to study. I was very excited when he graduated from university and college with honors. We always wanted our children to be educated like him. Dilkhayot was a mentor to my son Davron. Now, my son owns a business in the field of computers. Surely, Dilkhayot has done a great job by educating Davron. Dilkhayot is a polite young man. He helped us to build a wall in our house. I used to work nearby as a nurse. He sometimes visited to take injections or to stop the nose bleeding because of his jaundice. Dilkhayot has difficulty of breathing. I advised him to be treated on time so that the disease would not cause complications later. His family did not take it seriously since it was not bothering him much. So I hope he is alright in the US.

As a conclusion, I believe that Dilkhayot is an intelligent, hard-working young man. If God wills, he will be a righteous head of his family, a loving father of his children in future. Dilkhayot learns from his mistakes. His parents, family, and relatives, who are waiting for his return, are ready to support him as much as they can. We miss him a lot. Thank you very much for reading my letter.


Best regards,

Nargiza Ibragimova

Daliev Abdurakhim

24, Kukcha Darboza Street, Tashkent, Uzbekistan

+998712423461

March 30, 2020

About Dilkhayot Kasimov

Dear William F. Kuntz

I am Daliev Abdurakhim, 60 years old. I was born in Tashkent. My profession is dentist. I am brother in law of Dilkhayot as I am husband of Dilkhayot's aunt. We are in very close contact with Dilhayot and his family. I have known Dilkhayot since his youth. He is an aspiring, hard-working young man who does not withhold help from people.He grew up together with our children. Dilkhayot is very talented among his peers. His parents are proud to say that he graduated from high school, college and university with honors and has a reputation of his own. Dilkhayot's thoughtful mind and thoughtful work are clear from his words. His view to the world is peculiar, the attitude to religion is good, he knows what is right and what is wrong, I have not felt any harm in his words.

I consider what happened to Dilhayot to be a coincidental misunderstanding. It is not difficult for the person who spoke to him to feel that there is no evil in the heart of this child. We are not fully aware of what is happening, we briefly know that he has interfered in these things by fulfilling someones request. I think it was because Dilkhayot is frustrated and does not withhold his help from anyone.

I believe he did it unknowingly if there was any guilt in these things. I am sure he drew the right conclusions from what happened. I believe that when he returns to his homeland, he will make up for lost life and find his place in life. For this, I will do my best to help.

There are many good things to be said about Dilkhayot, and I ask you to draw a positive conclusion about him based on what I have written in my sentences. I want to thank you for reading my letter.


Daliev Abdurakhim

Kasimov Yuldash Ergashevich

Tashkent, Uzbekistan

+998998255994

March 25, 2020

About Kasimov Dilkhayot

Dear William F.Kuntz

I am Kasimov Yuldash Ergashevich, 64 years old, I was born in Tashkent. I am a teacher by profession, I am retired and I am still teaching. I am an uncle of Dilkhayot Kasimov, he will be my nephew. I have known Dilkhayot since childhood because we lived in the same house next door until 2008. Our children grew up together like brothers and sisters, went to the same school and spent their childhood together. Dilkhayot studied at school only with excellent grades, and his teachers praised him for his ability. Dilkhayot was more interested in technology. Along with excellent grades at the university, he continued his work in his specialty. Although he was noticed by many through his achievements at work, he was not satisfied with himself and wanted to improve his skills by studying abroad. He tried hard to study English while studying in England. My son also studied in England and asked me for advice. His job was not good in England. He later said that he was happy to get a visa to the United States and that he wanted to go there to study English, learn the advanced technologies there, and continue his work. Then he suggested that he think about getting married after he come back from the United States. Seeing that the pursuit of knowledge was strong in Dilkhayot, I did not return his opinion. I also allowed him to go to the America and work there and said that it would not hurt if he could see and study the advanced techniques there with his own eyes.

I was very upset to hear that Dilkhayot's case is being considered in court. I do not understand why the court has been delayed so far. Is it possible that a child thirsting for such sincere knowledge is still imprisoned? If I had the opportunity to go to the United States, I would attend the court and express all my positive thoughts about Dilkhayot. I remain confident that a U.S. court will do justice and release my nephew Dilkhayot.

If Dilkhayot is justified, I will do my best to help him. I pray to Allah that Dilkhayot will soon return his homeland in good health. Dear Judge, thank you very much for taking the time to read what I wrote and take it into account.

Kasimov Yu.E.

Kasimova Marhabo Ergashevna

24, Kukcha Darboza street, Tashkent, Uzbekistan

+998712423461

About Kasimov Dilkhayot

Dear William F. Kuntz

I am Dilkhayot Kasimov's aunt Kasimova Marhabo. I was born in Tashkent and now I am 58 years old. I am a mother of three children. All my children are married and they also had children. Dilkhayot Kasimov is my nephew. I have known Dilkhayot since his birth. We Uzbeks often go to celebrations with relatives, because it is very good. Dilkhayot was very talented and smart from a young age. He finished each job with kindness and interest. He grew up among our children. He had big dreams. He was a hard-working, aspiring boy who worked tirelessly to achieve his goals. I consider this tragedy to be a misunderstanding. He is not a child who sells his homeland. Don't be surprised if I say that he is a child, because if you talk to him, you will realize that his heart is as pure as a child's. If he had spent so much time here in his homeland, he would have greatly benefited the development of his country. Every parent wants his child to study, to have a good profession and to find a place in life in the future. He wants his parents to have many good intentions, to get married and have children. They dream of growth. Dear Judge, I hope that you will study Dilkhayot's case closely and make a fair decision. We did not have the opportunity to express our opinion in court. But I would like to say that Dilkhayot is not alone. There are so many relatives and friends. Of course, we will do our best to help him to find his place in life. Dear Judge, I would like to thank you for taking the time to read my letter.

Kasimova M.E

March 28, 2020

Mukhamedjanov Abdurashid Khamidovich

16, Zamondosh street, Tashkent, Uzbekistan

+998712183446

About Dilkhayot Kasimov

Dear William F. Kuntz

I am Mukhamedjanov Abdurashid Khamidovich, I was born in Tashkent. I am 68 years old. I am retired now. I graduated from the Tashkent State Agricultural Institute. I served in the Ministry of the Internal Affairs for 4 years. From 1985 to 2005 I worked as a manager in the Presidential Administration of the Republic of Uzbekistan. Until 2008, I worked as a responsible employee of the Boz-Suv farm in Tashkent region.

In 2001, I received my first permit in the United States. I visited the United States from September 7 to September 30 this year. In 2002, I was in the U.S. again. When I visited the United States again in 2014, I saw my nephew Dilkhayot Kasimov. Dilkhayot hosted me, we toured America together, introduced me too many places. He said that he was very happy to tell about his future plans. He said that he worked in a car delivery service, but also attended English training courses in order to learn English. I have known Dilkhayot since he was a young and he used to come to us with his brothers. Our eldest sons are engaged in farming and cattle breeding. Dilkhayot and his brothers spent their holidays with us, looking after us during the holidays. I remember one year we planted cucumbers in our greenhouse. In the same year, the winter had to be cold, so we had to heat the greenhouse by burning firewood at night to keep the crop from freezing. Dilkhayot and his brothers helped us to light firewood. I consider Dilkhayot to be a decent child who does not shy away from hard work.

I think a person doesn't think of helping others if their intentions are bad. Dilkhayot, on the other hand, has a strong intention to help everyone, which I felt when I last saw him. Although he had little free time, he found time to entertain me and turn America around.

In short, Dilkhayot is a very good person, I think someone deliberately hostile to him. I wanted to attend the court and find out how Dilkhayot was being charged, and if possible I would express my opinion in court. But it was not possible to know when and where the court will take place.

Dear William F. Kuntz, it all depends on you, I hope that you will make a fair verdict with a thorough approach to his case. I believe that he draw the right conclusions from these cases. I would like you to ease the punishment for him. Thank you for taking the time to read what I wrote.

Mukhamedjanov A.

Yunusova Nazima Nizamovna

15, Uygur street dead end, Tashkent, Uzbekistan

+998712431610

April 2, 2020

About Dilhayot Kasimov

Dear William F. Kuntz

I am writing this letter on behalf of Dilkhayot's aunt and mother. His brothers are trying not to tell his mother what had happened to him, saying that he was upset if they found out. He was distracted by his mother's lack of phone calls and communication, saying that he could not get in touch as long as his brothers had documents to correct. The mother may be heartbroken and unable to cope with the affairs of her son. Dilkhayot lived with good intentions that he would marry when he came.

Now about myself briefly. I am 64 years old. My name is Yunusova Nazima Nizamovna. I was born in Tashkent in a working class family. After graduating from high school, I studied nursing at a medical college. I worked as a nurse at the 6th Children's Rheumatology Hospital. I am a mother of three sons and a daughter and grandmother of eight grandchildren.

Dilkhayot Kasimov will be my sister's son, my nephew. I know Dilkhayot well from birth. In 1992, the year my sister gave a birth, Dilkhayot was 4 years old. I was in a hospital with Dilkhayot instead of her mother when he ill with hepatitis A jaundice. I see Dilkhayot as my own child and I know all about his character and what interests him. Dilkhayot is a pure-hearted, hard-working, aspiring, knowledgeable child. He studied with excellent grades in educational institutions and became a good professional. Dilkhayot and his brothers raised as a brothers with my children. We envied Dilkhayot's knowledge. He entered the University on a grand basis with his knowledge of strength and graduated with good grades. He also saw many difficulties in life. As a complication of his illness at a young age, he had a nosebleed and a headache. I remember one time his mother cried and called to ask what to do if the nosebleed didn't stop. At that time, Dilkhayot had lost a lot of blood and was left to die. The doctors said he needed nose surgery. He was busy with work and did not have time for surgery.

Dilkhayot loves to help people. If my son needed help without understanding the computer, he would help me and teach me without saying no. He always had a good relationship with his relatives.

I was very happy to hear that he was going to America. I believed that if I studied in America and found a job, it would help my children as well. Dilhayot used to say that if things went well, I would invite you to America. We knew he was looking for a girl with the intention of getting married. Dilkhayot had many good intentions. Sadly these days it has occurred to me whether there was a misunderstanding or whether someone was hostile. We don't know exactly what happened, we wanted to go to court and find out what happened, but unfortunately it was not possible.

Distinguished Judge, I ask you, as a mother and aunt, to forgive my nephew if he has committed a crime without knowing it. In sentencing you, I ask you to mitigate the punishment given to Dilkhayot, taking into account his health problems and his good humanity. I believe that Dilkhayot drew the right conclusions from these works. Please allow him to returns to his homeland, to start a family, find a job and serve his parents.

Thank you for reading what I wrote

Yunusova N.N.

Kayumov Makhkam Jamoliddinovich

44-8, Sergeli 6A, Tashkent, Uzbekistan

+998974031711,

m.kayumov@polito.uz

May 9, 2022

About Kasimov Dilkhayot


Dear William Francis Kuntz

My name is Makhkam Kayumov and I am a fellow student of him. Currently, I am a head of IT center in Turin Polytechnic University in Tashkent.

I have known Dilkhayot since 2008 as I have studied in Tashkent University of Information Technologies for 4 years with him. During this period we became close friends as we did homework and prepared for exams, as well as we played football and spend much time together. He took care about group mates; besides being smart, intelligent and helpful person he deserved the respect of his fellows. Also, everybody respected and desired studying with him. He knew IT better than others and encouraged his friends by teaching them. I studied and worked in Internet providing center. We tracked some difficulties which were related to my job together with Dilkhayot; in addition to that he shared his ideas and gave a lot of advices to me. All our group mates and friends respected Dilkhayot and loved him.

We remember the interesting stories happened with Dilkhayot during our studies:

1. *We retrain the moments at the university, when we should take an exam on Circuit Technique, the most difficult subject. A teacher of this subject was well known as the strictest. If someone wanted to get excellent mark, he should study a lot, as well as, learn some topics by heart. Dilkhayot used to come around with best students in one place, divided the exam topics and questions to each one in advance, and 2 hours before exam they explained to everyone the given topics. By this way we prepared to the exams and quizzes well, after that we got best scores. Dilkhayot showed us a lot of ways to solve the problems and leaded to work as a team, while inspired to do good jobs.*

2. *I was the eldest one in our group and got married after my 3rd year studies at the university. Meanwhile wedding organization period Dilkhayot always helped me in every detail of arranging it. He has done a lot, as being as a photographer with professional photo camera what made me happy. He liked to be helpful to everyone by serving to people in this way. Another example for this, which surprised me and deserved our respect for his talent as making*

*verse of congratulation words with our wedding in the party which took him very short of time(I will add a picture of Dilhayot at that time). When we watch the wedding party video with our family we remember those moments when Dilkhayot congratulated us. I used to find the way to solve the problems very easily and quickly in short time period, by this way he wanted to help the people.* There were a lot of friends and fellows of him. If someone needed a help even he couldn`t he tried to find someone who could do it.

Dilkhayot worked half-time as a programmer in Turin polytechnic university in Tashkent while his undergraduate years of studies, where I currently work in. After we graduated the university and hand in our diploma, that time he decided to go to the USA. We took our diplomas with honors. The best thing, which he done for me was recommending me as the best specialist to that position, where he worked. After starting my job there he explained me tasks and plans in details, then had gone to the left the country. I have been working in Turin polytechnic university in Tashkent for 10 year as a programmer, then as a system administrator, nowadays besides I am a head of the IT center. Unless Dilkhayot worked at this university very short time some coworkers remember him as the best specialist, a smart adviser and intelligent person with noticeable behavior. When we spoke and shared our dreams with each other he dreamt about continuing his studies in master`s degree in the USA. The other thing is as I remember is about his dreams to have his own family, as a father takes his future sons into football teams from their childhood and had a mission of bringing them up, spending his spare time to improve their knowledge. The next his dream was to became an IT specialist and return to his motherland, after open his own business.

We have lost contact with him since 2014, and then we knew about his arresting in US. We didn`t believe it because we knew him very well. We were in a shock. Since that time I wanted to see him, and took part in court. In 2021 we planned a business visit to Pittsburg State University in the USA, when I decided to see him, but unfortunately our visit was cancelled. The main reason was locking down the country in the pandemic time. I really want my friend to get out of prison, and I`m waiting the times when we will work together and do our best to improve IT sphere in Uzbekistan. I believe in my friend! He is very a genius person.

Best regards,

Makhkam Kayumov

Kasimov Elmurod Shukhratovich

28, 22, Bel-Tepa, Tashkent, Uzbekistan

+998974345454

March 28, 2020

About Dilkhayot Kasimov


Dear William F. Kuntz

I am Dilkhayot Kasimov's little brother, my name is Elmurod Kasimov. I was born in 1986 in Tashkent. From a young age I have been interested in crafts and woodworking, and now I work in this field as a carpenter.

Dilkhayot and I have a brotherly and friendly relationship. Growing up together from our childhood, we went to the same school, there was a class difference between us. I did not have an interest in mathematics, algebra, physics, technical sciences to learn more skills, to be interested in the field of mastery. Indeed, Dilkhayot was a child who has the good knowledge and interest on learning that are worth setting an example in school. Dilkhayot is active in all fields, sports, culture, science olympiads. We loved playing football together. Our school had a stadium to play football, We played football in this stadium every day. I loved to play with my brother. After school, we worked in a furniture shop to help our family. Helping other people for reasons that have arisen in other directions has become her character. Appreciate one of the great qualities of being together, every risk of your life, and try to do useful things. Try to use time each time.

After finishing high school, Dilkhayot proved that he is the talented boy by graduating from college and university with honors.

Dilkhayot said that he would open a production shop for me if he could find a job a good job after getting an education. Along with his interest, he wanted to travel the world, live in other countries, do business. In 2011, there were problem with him import of goods from Dubai to Uzbekistan, he lost a lot of money and he didn't tell his family how it went so as not to upset them. After this incident, he decided to go to the another country to study and work for money.

In 2012, the year he graduated the university, he was very happy to receive a visa to travel to the United States, and before leaving, he gave us all presents.

When he went to the U.S., he determined the life there, the conditions, the amenities, the opportunities, he say there will be more things that still need to learn.

He was trying to study U.S. law. He studied in the United States and if he earned more than he earned, he sent us presents to his nephews. He used to send money so that I would not have to suffer when I was not able to work.

When we told him about coming back to the homeland and the marriage, he said that he wanted to marry in the U.S. When he went to the other state with Abror Khabibov intending to meet a girl for Dilkhayot, my brother did not know what kind of person he was related to. Dilkhayot's future dreams were different from this. Getting married and having children, earning money and working.

He wanted to study and return to Uzbekistan to start a business and employ 20-30 people. When Dilkhayot call us, he always states that everything will be fine.

Distinguished Judge, I and my family want you to forgive my brother and give him the chance. I hope that Dilkhayot will draw the right conclusions about these events. Dear William Francis Kuntz, thank you very much for taking the time to read my letter.


Kasimov E.Sh.