# LETTERS IN SUPPORT FROM FELLOW INMATES

PHIL KENNER

HANEE CURETON

MYCHEAL LUCKETT

DENIS SAVGIR

VINCENT CALAMIA

FROM: 07480408
TO:
SUBJECT: Sentencing letter for Dilkhayot Kasimov ("DK")
DATE: 08/28/2021 12:06:56 PM

August 26, 2021

The Honorable Judge Kuntz
US District Courthouse -- EDNY
225 Camden Plaza
Brooklyn, NY

Dear Judge Kuntz:

I am writing to Your Honor about a young man that I was fortunate to cross paths with during my 8-year incarceration at Metropolitan Detention Center. This is a horrible place to live for any short period of time -- and far worse than the media reports. It was battered by the 2019 power outage disaster, and worse when humanity was redefined during the last 17-months of the COVID-19 pandemic (since April 1, 2020). These experiences occurred at the place Judge Pollak called a "Third World Country" before either catastrophe -- and Judge McMahon referred to as run by a bunch of "morons". Dilkhayot has been a shining light in the extreme darkness of MDC.

I met DK several years before he moved into my housing unit. I was introduced to him on a medical visit (in-house). At that time -- DK did not speak English very well. We spoke at that time about his love for the law -- specifically learning about it in all its Constitutional detail. I was impressed for a person who emigrated to this country and faced the hurdle of language. As Your Honor knows, the law in its most beautiful sense can be seen as a foreign language -- so for DK to seek knowledge of it through self-study has been an impressive feat; attempted by many, but achievable by very few -- especially in here. After a few chance meetings on medical trips inside MDC, I was glad to see him move into my unit in the last year. To say the least, I was impressed by his newfound fluidity in English, but moreover, his grasp of the law and the Constitution.

In the last year, when the rare time out-of-cell has been allowed (pandemic rules), I have enjoyed discussing business with him. He has a real thirst for learning and desire to accomplish great things when his current case is over and he has completed his sentence. He is a person, unlike almost everyone I cross paths with in here, that has a vested personal respect and a desire to accomplish success in life for himself and help those he loves. These are rare traits in the world today -- but once thought (by me) to be extinct in here; a place that breeds despair.

Recently, when COVID-19 restrictions were lifted (slightly) in our unit, as a devout Muslim, DK asked me (an old Jewish man) to be his partner in the unit handball tournament. I was surprised -- but gladly accepted his offer. Shocking all in the unit -- with most competitors decades younger than I, we won the two-day tournament and felt great pride. Can Your Honor consider the irony in a world where Jews and Muslims have been in an endless war for centuries, and we have found a mutual admiration across religious, language, and cultural boundaries? It is more of an outlier in this environment than in normal society. DK impresses me as a person who sees human likenesses of beauty -- not ideological differences that fuel hate.

At MDC, and in the BOP, you rarely find positive people by nature of their past and the environment of violence that exists within, DK has been a example to the others in the unit about peace and calm -- when stress for never-ending lockdowns and COVID-19 fears have raised stress levels to a maximum level, daily. He, perhaps more than any other person I have met here, is constantly helping, teaching, instructing, and assisting others to get the most out of their time. He has a zest for life and love of America; the latter, most in here are oblivious to.

In short, I am privileged to have met him, known him for the year-plus that we have been together, and learned much from a person who could not be more different than I. He is an example that this world has a chance to survive through the chaos of the day; hopefully (in my opinion) with DK on the street and contributing his positive message of life.

Thank you for considering my thoughts, form a dark place, that the most unexpected light has been shined upon. G-d bless.

Phil Kenner

FROM: 61272050
TO:
SUBJECT: Dilkhayot Kasimov
DATE: 07/01/2019 08:10:26 PM

This is Hanee Cureton (#61272-050). Mr. Dilkhayot Kasimov has been in the same unit with me in MDC Brooklyn for 4 years. He is one of my Muslim brothers here.

I know that Mr. Kasimov has legal problems related to terrorism. I don't know what he did or didn't do outside, but I do know how he conducts himself here.

As I know, he has no family out here to come to court and give support to him, it is up to us to provide the truth about what was observed and attest to his character.

Mr. Kasimov is a peaceful, honest, and honorable man who is known for being helpful to others, both Muslims and non-Muslims alike. He shares food with the needy and cooks for people.

In addition to being helpful, he is also informative regarding Islam, and explains it to others, including fellow Muslims, to make them aware of deviant and extremist views and refutes such ideologies, so that people can understand that true Islam is about peace, not war or terror.

We have had other inmates come through with seriously violent terrorism charges. Mr. Kasimov has debated and argued against these inmates, refuting their twisted and sinister values.

As I've already said, all I know about Mr. Kasimov's character is what I've seen with my own eyes. Based on what I've seen, I believe that if he was involved in supporting a terrorist organization, it must be because he was deceived and taken advantage of. Though he supports Islam and organizations that support it, I don't believe he would intentionally and knowingly support organizations with extremist views.

He always encourages Muslims to learn Islam the correct way and warns against being extreme with their religious practices. I have no hesitation in stating the fact that Mr. Kasimov loves Islam and Muslims, and that he practices his religion in a peaceful way. He could be more helpful to other Muslims outside by encouraging them against the wrong ideologies, using his incarceration experience to help other Muslims avoid similar situations.

Hanee Cureton

FROM: 90724053
TO:
SUBJECT: Dilkhayot Letter
DATE: 08/22/2021 02:38:46 PM

To whom it may concern,

I am writing this letter of support for Mr. Dilkhayot Kasimov (Federal Inmate# 85808-053).

My name is Mycheal Luckett (Federal Inmate# 90724-053), and I first met Dilkhayot in 2018 when we were in the same unit at the Brooklyn Federal MDC. I was trying to pass my GED and I was looking for a tutor. Dilkhayot immediately offered his support and help. He was incredibly helpful to me and spent many hours going over the section in math I was having difficulties in. I was impressed with his love of teaching, his dedication, and his organization - he made a weekly schedule, posted it on the walls, encouraged us all to come, and was always prepared for his lessons. He took his teaching tasks so seriously that we took to calling him "Baby doc" and "Professor" (he acts mature but has a bit of a young face). He laughed and enjoyed the nicknames as much as he did teaching us.

He also took me under his wing to talk about many other topics in business and technology which, like me, he also loved (I am interested in both topics and want to start a business of my own when I am released). Dilkhayot was really supportive of my ideas, and also gave me a few of his own. He reminded me there were so many opportunities I have growing up here, which I realize he didn't have growing up in Uzbekistan. Talking to him opened up my eyes to many opportunities and I appreciated talking to him.

Something that I noticed about him is that I always saw him doing something productive - he was either working or teaching or reading (his room was always full of books) or helping people do their legal research (and I saw him encouraging people to learn to use the law library themselves and not just rely on others to look it up) or pushing people to get exercise and work out with him rather than just sleep all day and then eat cookies. I liked that about him. He had the same energy as me but showed me how to use it better.

He also got along with nearly everyone, which is tough in here. But I saw him many times work out issues calmly that could have led to problems. People trust him because he is fair and honest, which is also rare in here.

We met up again in 2021 when I moved back into the same unit. I had not yet passed my GED, and I was unhappy with that. But Dilkhayot pushed me to continue, and even took time out from the little few hours we had during the Covid lockdowns to teach me and others. That inspired me.

I am happy to say it worked - just recently in 2021 I passed my GED and I am receiving my certificate. I am happy and I give a lot of credit for this to "Professor".

Your Honor, I want to say how much I appreciate Dilkhayot's support and hard work to help teach, guide and push me to get my GED. And I want to say how he has been a good example here to others. Please take his hard work and productive help to others into consideration when you sentence him.

Thank you,
Mycheal Luckett #90724-053

FROM: 76016054
TO:
SUBJECT: Dilkhayot Kasimov
DATE: 02/20/2019 08:46:35 PM

To Whom It May Concern,

My name is Denis Savgir (reg #76016-054) and this is my statement of character in regards to Dilkhayot Kasimov (reg #85808-053). Before talking about Mr. Kasimov, it's important to provide you with a perspective of who I am. You can then consider the implications not just of the statement itself, but of who it's coming from.

It's important for you to know that I am an American citizen and a U.S. Army veteran. My decision to join the Army was motivated by the 9/11 terrorist attacks. I could smell the towers burning from my home in Brooklyn, NY that morning. I have friends who are also military veterans, who fought against and lost friends to terrorist groups like ISIS. I strongly oppose religious extremism and was one of the people who cheered after the announcement by Barack Obama regarding the mission in which Navy SEAL operators killed Osama Bin Laden. In short, I do not like terrorists and am against the terrorist organizations, especially ISIS. I consider them the enemy. This means that I was naturally biased against Mr. Kasimov when we first began to live together as cell mates.

By the time I met Mr. Kasimov, I've already encountered and lived around and with ISIS-supporting extremists, and was already familiar with some of their ideologies, which they openly discussed and were both proud of and completely dedicated towards, and developed a strong dislike towards their kind. I quickly noticed that Mr. Kasimov did not exhibit the same tendencies, and he did not trigger the kinds of negative feelings that the extremists caused in me. A devout Muslim, Mr. Kasimov vehemently opposed the ISIS interpretation of Islam and denounces ISIS, and explicitly pointed out to me and explained some of the differences between traditional Islam and extremist views. He also lent me a book by Abu Iyad and islamagainstextremism.com called "A Brief Guide To Islam And Its Position Towards Al-Qaeda & ISIS". This helped me understand that Muslims are at odds and at war with the extremist factions, and are each other's enemies. To be honest, this cleared a few things up for me, as I originally didn't understand the situation, and didn't realize that the ways of the terrorists actually have no valid religious basis.

In living with, interacting with, and observing how Mr. Kasimov conducts himself, he has demonstrated a strong character of honesty, honor, respect, and integrity, in a place with very short supply of such attributes. Mr. Kasimov is a generous and helpful person. He taught GED classes to other inmates and assisted them with their questions. Though generous, Mr. Kasimov was always careful not to support anything negative or against his beliefs. He would never support gamblers' or drug addicts' habits, but would always be generous with anyone in the unit (I-63, MDC Brooklyn) who had a legitimate need for something.

As both Mr. Kasimov and I have interest in and experience with computers, we found a common topic which brought about a path to a friendship. On a more personal level, Mr. Kasimov taught me to have the business-oriented mindset of an entrepreneur and encouraged me to pursue my aspirations. Mr. Kasimov's positive influence has caused a permanent and irrevocable effect on my professional ambitions. This has contributed to the realization and development of my purpose and a plan for how to realize it. As a result, I am very confident of my future and have complete faith in my ability to lead a successful and law-abiding lifestyle.

My honest opinion regarding Mr. Kasimov is that he is not an extremist or a terrorist, and has never acted around me in ways that would make me believe that he is. Based on my time living with and around Mr. Kasimov, I believe that he deserves some consideration in his case. I don't know what kind of person he may have been in the past, but if he was different from how he is now, then to me it means that he spent his time here wisely by working on rehabilitating himself.

Thank you for your time.

DENIS SAVGIR  *Denis Savgir*
76016-054

Dear Honorable Judge                                    2/17/2017

My name is Vincent Calamia Reg #85254-053 currently being housed in Brooklyn MDC for approx. 30 months, Friends and student of Kasimou #85808-053 DILKHAYOT. Your Honor I'm writing this letter because I'm aware that Dilkhayot is due to be sentenced in your courtroom. I can honestly tell you I have no idea the charges that he faces but I do want to tell you what he has done for me. I'm a 52 yo man and have no high school diploma, I have been out of school for many years and wanted to get my GED while here at MDC Brooklyn but they hardly ever offer it here. They did offer a G.E.D. math class which he offered to teach. It was approx. a 12 week class once a week. While teaching the class which was supposed to be 1 hour he took his time to help and explain each lesson which sometimes took 2 hours but he never cared he just wanted to help. As I wrote before there where approx 12-15 students and I was the oldest and the one who was out of school the longest. Your Honor many times I was extremely embarassed not knowing answers or understanding what was going on but he took his time to explain. Seeing that I was having trouble he began to tudor me after class on any free time he had. Your Honor there were many times he could have said I want to watch a movie or sleep or do anything else but he chose to help me. I am proud to say I passed my class and recieved my diploma which is enclosed.

→

Your Honor I can honestly say I would have never passed if it was not for the help of Dilkhmot. As I said before I have no idea of his charges or the time he is facing thats for you to decide but as a person and as a friend he was and is a dedicated friend. I've known him for close to 2 years and I have seen him help countless inmates here. If someone has nothing in their locker he's the first to offer. Your Honor I'm a Christian and he is a Muslim I don't have to point out all the hate today but with him you will never see it. He shows love and compassion and always looks to help. I have seen a huge change in him from the first time I met him and I'm sure if he is given the chance to rejoin society sooner rather than later he would be an assette to anyone he meets. Thank you for taking the time to read my letter.

Sincerly
Vincent Calania
Reg# 85354-053