# CERTIFICATES OF PROGRAM COMPLETION

TUTOR TRAINING

GED MATHEMATICS TUTOR

ACE GED READING LANGUAGE ARTS

COLUMBIA UNIVERSITY CERTIFICATE – Justice in Education

ENTREPRESEURSHIP

RESUME WRITING - Reputation Management & Social Media

TURNING POINT: Coping Module

GED ACE MATH – Tutor,

ANATOMY AND PHYSIOLOGY

HEALTH EDUCATION

GED ACE MATH

MEDIATION

STRUCTURED ACTIVITY (Chess)

SENTRY RECREATION and LEISURE COURSE

STRUCTURED ACTIVITY (Push up Challenge).

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

*Dwight Fairman*

In recognition of Tutor Training Instruction Course at MDC-Brooklyn

February 1, 2016

_____
D. Greco – Parenting Coordinator

# MDC Brooklyn Education Department

Presented to

## Dilshayot Kasimov

Congratulations on being
GED Mathematics Tutor

At MDC Brooklyn
This certificate is valid from February 5th, 2016 to the present

Mr. R. Hill
Education Specialist

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

*Dillans Easimon*

In recognition of Instruction/Course

# GED Reading and Language Arts
at MDC Brooklyn

March 9th, 2018

R. Hill, Education Specialist

# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

This Certifies That

**Dilnoza Kasimov**

has successfully completed a course of study in the
Department of the City of New York

Master in Education in Teaching English to Speakers of Other Languages

and is in testimony thereof is awarded this

Certificate

Date: 04/13/2018

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

**Dilkhayot Kasimov**

In recognition your completion for construction course

**ENTREPRENEURSHIP**

September 9th, 2017



C. Bramble- Education Technician

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

**Dillxngr Maximae**

In recognition of Course Instruction
Resume Writing, Reputation Management & Social Media:
Define Yourself Before You Are Defined

MDC Brooklyn
July 22, 2016

_____
D Greco – Education Teacher

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

## Dilkhayot Kasimov
Reg. No. 85808-053

*has satisfactorily completed*

**Turning Points: Coping Module**

and is hereby awarded this certificate, this 14th day of January, 2021.

_____
Dr. I.
Staff Psychologist

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

*Dillipat Rasimau*

In recognition of instruction
tutor GED/ABE MATH
at MDC Brooklyn
May 24, 2018

R. Kirkland/ Teacher
**Facilitator Name- Facilitator Title**



DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
Education Department

certificate of completion

presented to
Djamshid Kasimov
for successfully completing
Anatomy and Physiology/Care of Animals
At MDC Brooklyn

This certificate is hereby issued this 2nd day of July, 2020

# MDC Brooklyn Recreation Department

This is to certify that

## KASHON DICKINSON

Has Successfully Coordinated and Completed:

### HEALTH EDUCATION

At MDC Brooklyn

This certificate is hereby issued this 6th day of JUNE, 2016

_K. White_
K. White
Recreation Specialist

# MDC Brooklyn
# Education Department

### Certificate of Participation

Presented to

**Mr. Dilshoyot Rasulov**

Congratulations on completing

**GED Ace Math**

At MDC Brooklyn

This certificate is hereby issued this 5th day of May, 2016

Dr. M. Gantt
Education Supervisor

Mr. R. Hill
Education Specialist

# MDC Brooklyn
## Recreation Department

This is to certify that

## DICKNOY KASIMOV

Has Successfully Coordinated and Completed:

### Meditation
At MDC Brooklyn

This certificate is hereby issued this 15th day of April, 2016

K. White
Recreation Specialist

# MDC Brooklyn
# Recreation Department

*This is to certify that*

## Dilyot Kasimov

*Has Successfully Completed*

**Structured Activity**

*This certificate is hereby awarded this 30th day of June, 2021*



__D. Ranalli__
*Recreation Specialist*

# MDC Brooklyn
# Recreation Department

This is to certify that

## Dilshodbek Kasimov

Has Successfully Completed

Sentry Accreditation and Leisure Course

This certificate is hereby awarded this 5th day of August 2021

_D. Ranalli_
Recreation Specialist



# MDC Brooklyn
# Recreation Department

This is to certify that

## Kasi Okrayot

Has Successfully Completed

Structured Activity (Irish Structure Push Challenge)

This certificate is hereby issued this 10 day of September, 2021

**D. Ranalli**
Recreation Specialist

