

U.S. Department of Justice

United States Attorney
Eastern District of New York

DMP
F. #2014R01413

271 Cadman Plaza East
Brooklyn, New York 11201

May 17, 2022

By ECF and Email

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Dilkhayot Kasimov
     Criminal Docket No. 15-95 (WFK)

Dear Judge Kuntz:

  The government respectfully requests permission of the Court to file its sentencing submission in the above-captioned case on May 27, 2022. The defendant has no objection to this request. Sentencing is scheduled for June 3, 2022, at 10 a.m.

  At the request of the parties, the Court initially set a sentencing schedule that called for the defendant to file his sentencing submission by May 5, 2022, with the government to file its sentencing submission by May 19, 2022. (ECF Nos. 499, 502). With the consent of the government, the defendant subsequently requested to adjourn the date for his submission to May 16, 2022 (ECF No. 503), which the Court granted. On May 16, the defendant filed both a counseled and a pro se submission. (ECF Nos. 505, 506). So that the government may appropriately address the arguments raised in those submissions, the government respectfully requests to file its sentencing memorandum on May 27, 2022.

           Respectfully submitted,

          BREON PEACE
          United States Attorney

      By: /s/ Douglas M. Pravda
         Douglas M. Pravda
         Assistant U.S. Attorney
         (718) 254-7000

cc: Clerk of the Court (WFK) (by ECF)
   Elizabeth Macedonio and Kelley Sharkey, Esq. (by ECF)