

52 Duane Street – 7th Floor – New York, NY 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: Emacedonio@Yahoo.com

May 31, 2022

**Via ECF**

Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dilkhayot Kasimov
15 Cr. 95 (WFK)

Dear Judge Kuntz:

    Attached for Your Honor's consideration is a letter in support of Mr. Kasimov from attorney Kathy Manley along with an attachment.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
Kelley J. Sharkey
*Attorney for the Defendant*
*Dilkhayot Kasimov*

All Parties Via ECF