UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

DILKHAYOT KASIMOV,

           Defendant.
-------------------------------------------------------X

**ORDER**
15-CR-95-4 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the motion filed by the Government at ECF No. 518 seeking to dismiss any open counts of the underlying indictments as to Defendant Kasimov. The Court hereby GRANTS this motion. The open counts of the underlying indictments are dismissed solely and exclusively as to Defendant Kasimov.

SO ORDERED.

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2022
       Brooklyn, New York