Criminal Notice of Appeal - Form A

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 16 2022 ★
BROOKLYN OFFICE

## NOTICE OF APPEAL

United States District Court

Eastern District of New York

Caption:

USA v.

Dilkhayot Kasimov

Docket No.: 15 Cr. 95
Kuntz (WFK)
(District Court Judge)

Notice is hereby given that Dilkhayot Kasimov appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [_____]
(specify)
entered in this action on June 8, 2022.
(date)

This appeal concerns: Conviction only [__] Sentence only [__] Conviction & Sentence [✓] Other [__]

Defendant found guilty by plea [ ] trial [✓] N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: 6/3/2022       N/A [__]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Elizabeth E. Macedonio |
| Counsel's Address: | 52 Duane Street - 7th floor |
| | New York, NY 10007 |
| Counsel's Phone: | 917-533-5965 |
| Assistant U.S. Attorney: | Douglas Pravda |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | 718-254-6268 |

_Elizabeth E. Macedonio, Esq_
Signature